# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

**Angela M. Riley,**                            )
                                                )
                     **Plaintiff,**             )
                                                )
**v.**                                          )          **Case No. 09-4048-CV-C-JTM**
                                                )
**Carolyn W. Colvin,**                          )
                                                )
                     **Defendant.**             )

## ORDER

Pending before the Court is plaintiff's *Motion to Approve Attorney's Fee*, filed November 7, 2013 [Doc. 25].   After due consideration of the issues presented, in light of the agreement of the parties, and finding the fee request to be reasonable, it is

**ORDERED** that plaintiff's *Motion to Approve Attorney's Fee*, filed November 7, 2013 [Doc. 25] is **GRANTED**.   Accordingly, plaintiff's counsel is awarded fees pursuant to 42 U.S.C. Sec. 406(b) in the amount of $12,451.00.   In turn, plaintiff's counsel shall reimburse plaintiff the previously awarded EAJA fees in the amount of $3,854.65.


        */s/ John T. Maughmer*
        **John T. Maughmer**
        **United States Magistrate Judge**